JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, | Case No. CV 21-9461 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| R AND R INVESTMENT GROUP LLC, | |
| Defendant. | |

In accordance with the Court's July 25, 2022 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: July 25, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE